UNITED STATES BANKRUPTCY COURT, WESTERN DISTRICT OF WASHINGTON

IN RE:

ALEXANDER MCLAREN,

        Debtor.

Case No. 11-19860-KAO

Adversarial No. 14-01226-KAO

ALEXANDER MCLAREN AND THOMAS MCLAREN,

        Plaintiffs,

vs.

PETER H. ARKISON, TRUSTEE FOR DEBTOR ALEXANDER MCLAREN; THOMAS HSUEH, ET UX; TRITON-AMERICA, LLC; STATE OF WASHINGTON, DEPARTMENT OF NATURAL RESOURCES,

        Defendants.

ORDER ON MOTION OF PLAINTIFFS FOR TEMPORARY RESTRAINING ORDER, IMMEDIATE ACCESS, AND OTHER EQUITABLE RELIEF

THIS MATTER came on for hearing upon the Motion for Temporary Restraining Order, Immediate Access, and Other Equitable Relief made by the Plaintiffs, Alexander McLaren and Thomas McLaren. The Court reviewed the pleadings, considered the arguments of counsel, and being fully advised in the premises,

ORDER ON MOTION OF PLAINTIFFS FOR TEMPORARY RESTRAINING ORDER, IMMEDIATE ACCESS, AND OTHER EQUITABLE RELIEF - 1

**Skagit Law Group, PLLC**
Post Office Box 336 / 227 Freeway Drive, Suite B
Mount Vernon, Washington 98273
Telephone: (360) 336-1000; Facsimile: (360) 336-6690

IT IS ORDERED THAT:

1. The Court incorporates by this reference its oral ruling made at the June 25, 2014 hearing;

2. The Plaintiffs have failed to establish any of the elements necessary for this Court to impose a temporary restraining order;

3. This Court does not have jurisdiction over the Plaintiffs' claims against the Washington State Department of Natural Resources;

4. The Washington State Department of Natural Resources is not a necessary party to this adversary proceeding;

5. Any claims related to personal property that was not the property of the estate, such as personal property of third parties or property acquired by the debtor post-petition are not within the jurisdiction of this court.

6. The Order Approving Sale of Real Property and Settlement of Adversary Proceeding entered on January 30, 2014 remains a valid and binding order of this Court. The Order Approving Sale of Real Property and Settlement of Adversary Proceeding could not include any personal property that was not the property of the estate because the Trustee's authority is limited to the property of the estate. This court makes no ruling as to any provision of the Order Approving Sale of Real Property and Settlement of Adversary Proceeding because that order is currently the subject of an appeal.

7. The Plaintiffs' motion for Temporary Restraining Order, Immediate Access, and Other Equitable Relief is hereby denied.

///

///

ORDER ON MOTION OF PLAINTIFFS FOR TEMPORARY RESTRAINING ORDER, IMMEDIATE ACCESS, AND OTHER EQUITABLE RELIEF - 2

*Skagit Law Group*, PLLC
Post Office Box 336 / 227 Freeway Drive, Suite B
Mount Vernon, Washington 98273
Telephone: (360) 336-1000; Facsimile: (360) 336-6690

Stipulated to; Approved for Entry;
Notice of Presentation Waived by:


\*\*approved per e-mail\*\*
SUSAN LYNNE FULLMER, WSBA #43747
Attorney for Plaintiffs


Stipulated to; Approved for Entry;
Notice of Presentation Waived by:


\*\*approved per telephone\*\*
PETER H. ARKISON, WSBA #5530
Bankruptcy Trustee


Stipulated to; Approved for Entry;
Notice of Presentative Waived by:

SKAGIT LAW GROUP, PLLC

By _____
CRAIG E. CAMMOCK, WSBA #24185
Attorney for Defendants, Hsueh, et ux. and Triton-America, LLC

/// End of Order ///

ORDER ON MOTION OF PLAINTIFFS FOR
TEMPORARY RESTRAINING ORDER,
IMMEDIATE ACCESS, AND OTHER EQUITABLE
RELIEF - 3

**Skagit Law Group, PLLC**
Post Office Box 336 / 227 Freeway Drive, Suite B
Mount Vernon, Washington 98273
Telephone: (360) 336-1000; Facsimile: (360) 336-6690